UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 20, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Andrew Wheeler, | § |
| Plaintiff, | § § § |
| versus | §    Civil Action H-18-2845 |
| Don McGill of West Houston, LTD., | § § |
| Defendant. | § § |

## Final Dismissal

1. On the parties' stipulation of dismissal, this case is dismissed with prejudice.

2. Each party must bear its own fees and costs.

3. The conference set for 4:00 p.m., November 19, 2018, is cancelled.

Signed on November 19, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge